USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CONOR OBERST, :
:
                      Plaintiff, :        14-cv-1031 (KBF)
:
            -v-               :        <u>ORDER</u>
:
JOANIE FAIRCLOTH, :
:
                      Defendant. :
:
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On February 19, 2014, plaintiff Conor Oberst filed this action against defendant Joanie Faircloth, alleging that Ms. Faircloth made libelous statements about Mr. Oberst.

Ms. Faircloth has failed to appear or otherwise defend herself in this action. Accordingly, on June 18, 2014, plaintiff obtained a certificate of default against defendant and on June 30, 2014, filed a motion for default judgment.

Defendant is ORDERED to appear and Show Cause why default should not enter against her on **July 25, 2014** at **12:30 p.m.** If defendant fails to appear at that time, default judgment may be entered against her.

Plaintiff is ORDERED to provide any and all additional documentation in support of his request for damages, interest, and attorneys' fees if applicable – via ECF (redacted, if necessary) and courtesy copies to chambers (unredacted) – prior to

1

the Show Cause hearing. This shall be plaintiff's final opportunity to provide support for such claims.

Plaintiff shall serve a copy of his Motion for Default Judgment and supporting papers, as well as a copy of this Order, on defendant as soon as is practicable. Plaintiff shall file proof of such service on ECF.

SO ORDERED.

Dated: New York, New York
July 1, 2014

_____
KATHERINE B. FORREST
United States District Judge